PEOPLE ex rel. BABYLON R. CO. v. BOARD OF RAILROAD COM'RS. (Supreme Court, Appellate Division, Third Department.

March 8, 1898.) Action by the people of the state of New York, on the relation of the Babylon Railroad Company, against the board of railroad commissioners. No opinion. Order asked for granted.